```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :
ANDRE CROSLAND,                                    :
                                                   :
                          Plaintiff,               :
                                                   :    24 Civ. 1532 (JPC)
           -v-                                     :
                                                   :         ORDER
CONSOLIDATED EDISON COMPANY OF NEW                 :
YORK, INC.,                                        :
                                                   :
                          Defendant.               :
                                                   :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement on all issues. Accordingly, it is hereby ordered that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by August 15, 2024.

SO ORDERED.

Dated: August 8, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge