

**Law Department**
Iván A. Méndez, Jr.
Associate Counsel
Tel:   (212) 460-4835
Cel:   (929) 618-2082

Consolidated Edison Company
of New York, Inc.
4 Irving Place
New York, NY 10003-0987
mendezi@coned.com

August 14, 2024

**VIA ECF**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

Re:   Andre Crosland v. Consolidated Edison Company of New York, Inc.,
Docket No. 24 Civ. 1532 (JPC)

Dear Judge Cronan:

I am an Associate Counsel in Consolidated Edison Company of New York's ("Con Edison") Law Department and have been assigned to represent Con Edison in the above-referenced action. Defendant writes, in accordance with Rule 3.B. of Your Honor's Individual Practices, to respectfully request that the parties' time to submit their settlement agreement to the Court as directed in the Court's August 8th Order [ECF Dkt. No. 13], be extended by one week, to August 22, 2024. This is Con Edison's first such request, and counsel for Plaintiff consents. Additional time is needed because the undersigned has been, and remains, out of the country tending to a family medical emergency. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Iván A. Méndez, Jr.*
_____
Iván A. Méndez, Jr.
Associate Counsel

The request is granted. The parties shall submit their settlement paperwork by August 22, 2024. The Clerk of Court is respectfully directed to close Docket Number 14.

cc:   All Counsel of Record
(Via ECF)

SO ORDERED.
Date: August 15, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge