```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDRE CROSLAND,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :    24 Civ. 1532 (JPC)
            -v-                                                        :
                                                                       :            ORDER
CONSOLIDATED EDISON COMPANY OF NEW                                     :
YORK, INC.,                                                            :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of the settlement reached in this matter, this action is dismissed without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within fourteen days of this Order. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 5, 2024
      New York, New York

                                                    JOHN P. CRONAN
                                              United States District Judge